# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boggs, Danny J. | Sixth Circuit Court of Appeals | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

220 Gene Snyder United States Courthouse
601 West Broadway Street
Louisville, KY 40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Foundation for Research on Economics & the Enviornment |
| 2. | Counselor | Louis D. Brandeis American Inn of Court |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Federalist Society | 2/17-18/ 2011 | New Haven, CT | Speaker at Federalist Society Meeting | Transportation,1 days' food and lodging |
| 2. | Northwestern University | 3/3-5, 2011 | Chicago, IL | Moot Court Judge | Transportation, 2 days' food and lodging |
| 3. | Federal Bar Association | 5/13-14, 2011 | Memphis, TN | Speaker at Immigration Conference | Transportation, 2 days' food and lodging |
| 4. | FREE | 8/28-9/1 | Big Sky, MT | Speaker at Symposium | Transportation, 4 days' food and lodging |
| 5. | University of Tennessee | 10/20-21, 2011 | Knoxville, TN | Moot Court Judge | Transportation, 1 day's food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae Loan Corp. - Wilkes Barre, PA | Student Loans | M |
| 2. | Bank of America - Wilmington, DE | Credit Card Loan for Education | K |
| 3. | Capital One - Richmond, VA | Credit Card Loan | J |
| 4. | AT&T Universal, Columbus, OH | Credit Card Loan | J |
| 5. | JP Morgan Chase | Line of Credit on rental house in Bowling Green, KY | L |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Boggs, Danny J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1/2 interest in rental house, in Bowling Green, KY | B | Rent | K | Q | | | | | |
| 2. JP Morgan Chase Bank, Lou, KY (checking/savings account) | A | Interest | K | T | | | | | |
| 3. Carriage house _____ property, Louisville, KY | D | Rent | M | Q | | | | | |
| 4. IRA Account - JP Morgan Chase Bank, Louisville, KY SPDRs | B | Int./Div. | L | T | | | | | |
| 5. Israel Bonds | A | Interest | J | T | | | | | |
| 6. JP Morgan Chase IRA Account, Louisville, KY | C | Int./Div. | M | T | | | | | |
| 7. Penn Mutual Whole Life Policies | A | Dividend | K | T | | | | | |
| 8. Met Life Whole Life Policy | A | Dividend | J | T | | | | | |
| 9. Internotes of GE Capital Corp (4.35%-5.625%) | B | Interest | K | T | Buy | 10/11/11 | J | | |
| 10. Internotes - Bankof America (5.45%) | A | Interest | J | T | | | | | |
| 11. TVA bonds (4.5%) | A | Interest | J | T | | | | | |
| 12. Freddie Notes/Freddie Mac (3.2-4.65%) | B | Interest | K | T | Sold | 10/17/11 | K | A | |
| 13. Long Term CD: GE Money Bank, Salt Lake City | A | Interest | J | T | | | | | |
| 14. Long Term CD: Goldman Sachs, New York | A | Interest | J | T | | | | | |
| 15. Wells Fargo Bank,CD | A | Interest | J | T | | | | | |
| 16. Barclay's CDs | A | Interest | J | T | Buy | 09/11/11 | | | |
| 17. Barclays CD | A | Interest | J | T | Buy | 10/11/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 5/3dBank, Cincinnati checking account and CDs | A | Interest | L | T | | | | | |
| 19. Regions Bank, West Palm Beach | A | Interest | K | T | | | | | |
| 20. Vanguard Fla Long term tax exempt fund | B | Dividend | K | T | | | | | |
| 21. Nuveen Municipal Tax Exempt fund | A | Dividend | J | T | | | | | |
| 22. PXP Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Boggs, Danny J. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item VII. 1.  The appraisal on this house in Bowling Green, KY was done in 2008.

Item VII. 3.  Carriage house [                                    ] is otherwise exempt from disclosure.  I am reporting this asset value as a proportionate share of the value of the whole property, as we received income from renting the carriage house.  The appraisal was done in mid-2009.

Item VII. 4.  JP Morgan Chase Bank IRA consists of shares of Standard & Poor Deposit Receipt and money market funds.

Item VII. 6.  JP Morgan Chase Bank IRA consists of shares of Standard & Poor Deposit Receipts, Israel Bonds, and money market funds.

Item VII. 9-22  These are assets in [          ] that [       ] became a 1/2 beneficial owner of upon [          ] death in 2011.

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Danny J. Boggs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544